**No. 66132.**—Dr. Hannelore Lehnhoff *v.* United States, protest 60/20930 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that 12 pairs of ear clips, item 6121 on the invoice, were duly abandoned under section 506 and destroyed under customs supervision, the collector was directed to make allowance therefor on reliquidation.